LAW OFFICES OF
# CLEMENT, FITZPATRICK & KENWORTHY
INCORPORATED

3333 MENDOCINO AVENUE, SUITE 200
SANTA ROSA, CALIFORNIA 95403

FAX: 707 546-1360

TELEPHONE: (707) 523-1181

PAUL J. FITZPATRICK

November 9, 2005


VIA E-MAIL--PJHpdf@cand.uscourts.gov


The Honorable Phyllis J. Hamilton
Judge of the United States District Court
Northern District of California
450 Golden Gate Avenue, 16th Floor
San Francisco, CA  94102

Attention:  Nicole Neuerman, Courtroom Deputy
      Re:  Northern California River Watch v. Bo Dean, et al.
           USDC Action Case Number C05 2879 PJH

Dear Judge Hamilton:

   This will confirm that the case management conference scheduled for Thursday, November 10, 2005, at 2:30 p.m. in Department 3 has been continued to Thursday, December 8, 2005, at 2:30 p.m. in the same department.

   The purpose of this continuance is to allow the administrative motion filed by defendants in USDC Action Number C99 1562 WDB to consider whether cases should be related to be determined before this case is assigned to a magistrate or case management conference dates are set.

                                    Very truly yours,



                                    PAUL J. FITZPATRICK

ck
cc:  Jack Silver (via e-mail)

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*