UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Northern California River Watch, | No. C 05-2879 WDB |
| Plaintiff, | ORDER FOLLOWING INITIAL CASE MANAGEMENT CONFERENCE |
| v. | |
| Bo Dean Co., et al., | |
| Defendants. _____/ | |

On December 15, 2005, the Court held an Initial Case Management Conference in the above-referenced case. For reasons stated on the record, the Court ORDERS as follows:

1. The Court SUGGESTS that the parties exchange their initial disclosure documents forthwith.

2. **By December 22, 2005**, counsel must jointly contact Mr. George to ascertain his ability to (relatively quickly) begin assisting the parties with their settlement negotiations.

3. Assuming Mr. George is available, the parties must discuss with him (jointly and/or separately) the investigation and discovery, both formal and informal, that they believe must take place before responsible settlement negotiations can occur. These discussions with Mr. George must take place **before January 15, 2006.**

4. **By January 15, 2006**, plaintiff's counsel must e-file a letter to the Court that either (i) states that the parties have successfully developed a 'pre-mediation plan' and have

1

1  agreed upon a time-frame for the mediation to occur or (ii) states that the parties have been
2  unable to develop such a plan and requests that the Court schedule another Case Management
3  Conference to further the case development process.
4
5  Dated: 12/16/05                                         /s/  Wayne D. Brazil
                                                          WAYNE D. BRAZIL
6                                                          United States Magistrate Judge
7
8
   Copies to:
9  All parties,
   WDB.
10
11
12
...
28