UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Northern California River Watch, | No. C 05-2879 WDB |
| Plaintiff, | ORDER SCHEDULING FURTHER CASE MANAGEMENT CONFERENCE |
| v. | |
| Bo Dean Co., et al., | |
| Defendants. _____/ | |

In response to plaintiff's request, e-filed February 2, 2006, the Court will conduct a telephonic Further Case Management Conference in the above-referenced matter on **March 1, 2006, at 1:30 p.m.** Defense counsel is hereby designated to initiate the conference call. Defense counsel must get plaintiff's counsel on the line, then call the Court's conference call number at (510) 637-3326.

Dated: 2/6/06

/s/ Wayne D. Brazil
WAYNE D. BRAZIL
United States Magistrate Judge

Copies to:
All parties,
WDB.

1